IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JANELTA HENDERSON, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>KANSAS CITY U.S.D. #500, )<br>)<br>    Defendant. )<br>) | Case No. 15-cv-2217-JAR-TJJ |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by United States Magistrate Judge Teresa J. James, and after a *de novo* determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts as its own the recommended decision to deny Plaintiff's Motion to Proceed Without Prepayment of Fees on her employment discrimination and retaliation claim against Defendant (Doc. 5).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Proceed *in forma pauperis* (Doc. 3) is denied in accordance with January 30, 2015 Report and Recommendation (Doc. 5). On February 19, 2015, Plaintiff prepaid the full filing fee of $400, thus avoiding dismissal of this action in accordance with the Report and Recommendation.

**IT IS SO ORDERED**.

Dated: March 9, 2015

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE